UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R#290760

IN RE:  
HENRY PINKNEY

CASE NO.    05-50361-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

MAY 26 2011

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 21.75 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

HENRY PINKNEY  
POST OFFICE BOX 246614  
PEMBROKE PINES, FL 33024

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br>HENRY PINKNEY | CASE NO.   05-50361-BKC- <br><br>CHAPTER 13 |
| HENRY PINKNEY<br><br>POST OFFICE BOX 246614<br>PEMBROKE PINES, FL 33024<br><br><br>PATRICK L. CORDERO, ESQUIRE<br>198 NW 37 AVENUE<br>MIAMI, FL 33125<br><br><br>U.S. Trustee<br>51 S.W. 1st Avenue<br>Miami, Florida 33130 | ---------$        21.75 |